**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT FORBES,<br><br>   Plaintiff,<br><br>   v.<br><br>DR. PATEL, et al.,<br><br>   Defendants. | Case No.: 1:16-cv-00707-BAM PC<br><br>ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO OBEY A COURT ORDER<br><br>**FOURTEEN (14) DAY DEADLINE** |

Plaintiff Robert Forbes ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on May 20, 2016. Plaintiff consented to the jurisdiction of a United States Magistrate Judge. (ECF No. 5.)

On September 15, 2016, the Court issued an order requiring Plaintiff to file an amended complaint or notify the Court that he is willing to proceed on the claims the Court found cognizable within thirty (30) days. (ECF No. 10.) On September 23, 2016, that order was returned by the United States Post Office as undeliverable, because Plaintiff was "discharged." Plaintiff has not provided the Court with his current address, responded to the Court's September 14, 2016 order, or otherwise communicated with the Court.

Pursuant to Local Rules 182 and 183, a pro se party is under a continuing duty to notify the Clerk, the Court and all other parties of any change of address or telephone number. Local Rule

1

182(f), 183(b). Additionally, Local Rule 110 provides that "[f]ailure . . . of a party to comply with these [Local] Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Further, the failure of Plaintiff to prosecute this action is grounds for dismissal. In re Phenylpropanolamine (PPA) Products Liability Litigation, 460 F.3d 1217 (9th Cir. 2006).

Accordingly, it is HEREBY ORDERED that, within fourteen (14) days from the date of service of this order, Plaintiff shall show cause in writing why this action should not be dismissed for failure to prosecute and failure to obey a court order. **The failure to respond to this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:  **December 8, 2016**         /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE